## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| SHERRILYN D. WASHINGTON, | : No. 142 MM 2014 |
| Respondent | : |
| v. | : |
| HARRY HAMILTON, | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of November, 2014, the Application for Extraordinary Relief is **DENIED**.